**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| **UMB BANK, N.A., solely in its capacity as Trustee,** | |
| **Plaintiff,** | **Civil Action No. 5:26-cv-00113-JPB** |
| **v.** | **Judge Bailey** |
| **EMPIRE DIVERSIFIED ENERGY, INC.** | |
| **Defendant.** | |

**JOINT STIPULATION FOR EXTENSION OF TIME TO MOVE,
ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Plaintiff UMB Bank, N.A. and Defendant Empire Diversified Energy, Inc., through counsel, hereby stipulate that Defendant Empire Diversified Energy, Inc. shall have a 30-day extension, up to and including July 29, 2026, to move, answer, or otherwise plead in response to Plaintiff's Complaint. This Stipulation is being filed prior to the expiration of the period originally prescribed.  No prior stipulated extensions have been entered.

Respectfully submitted,

| | |
|---|---|
| */s/ Jacob N. Holden* | */s/ Angela L. Beblo* |
| Jacob N. Holden (W. Va. Bar No. 13552) | Seth P. Hayes, Esq. |
| DINSMORE & SHOHL, LLP | JACKSON KELLY PLLC |
| 2100 Market Street | 3000 Swiss Pine Way |
| Wheeling, WV 26003 | Suite 200 |
| 304-230-1700 | Morgantown, WV 26501 |
| 304-230-1610 (facsimile) | shayes@jacksonkelly.com |
| Jacob.holden@dinsmore.com | Tel: 304-284-4150 |
| | |
| *Counsel for Defendant* | -and- |
| | |
| | Angela L. Beblo, Esq. |
| | JACKSON KELLY PLLC |
| | 500 Lee Street East |
| | Suite 1600 |

Charleston, WV 25301-3202
angela.beblo@jacksonkelly.com
Tel: 304-340-1377

-and-

Michael D. Messersmith, Esq.
Sarah Gryll, Esq.
Marjorie Carter, Esq.
ARNOLD & PORTER KAYE SCHOLER
LLP
300 North LaSalle Drive,
Suite 3500
Chicago, Illinois 60654-3406
michael.messersmith@arnoldporter.com
sarah.gryll@arnoldporter.com
marjorie.carter@arnoldporter.com
Tel: 312-583-2300

-and-

Jeffrey A. Fuisz, Esq.
Robert T. Franciscovich, Esq.
ARNOLD & PORTER KAYE SCHOLER
LLP
250 West 55th Street
New York, NY 10019
jeffrey.fuisz@arnoldporter.com
robert.franciscovich@arnoldporter.com
Tel: 212-836-8000

*Counsel for Plaintiff*

2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **UMB BANK, N.A., solely in its capacity as Trustee,** | |
| **Plaintiff,** | **Civil Action No. 5:26-cv-00113-JPB** |
| **v.** | **Judge Bailey** |
| **EMPIRE DIVERSIFIED ENERGY, INC.** | |
| **Defendant.** | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of June 2026, the foregoing document was electronically filed with the Northern District of West Virginia, and a copy was served upon all counsel of record, via CM/ECF.

*/s/ Jacob N. Holden*

Jacob N. Holden

3