## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **UMB BANK, N.A., solely in its capacity as Trustee,** | |
| **Plaintiff,** | **Civil Action No. 5:26-cv-00113** |
| **v.** | **Judge Bailey** |
| **EMPIRE DIVERSIFIED ENERGY, INC.** | |
| **Defendant.** | |

### MOTION TO WITHDRAW AS COUNSEL

COMES NOW Jacob N. Holden and the law firm of Dinsmore & Shohl, LLP, hereby move this Court to allow them to withdraw as counsel for Defendant Empire Diversified Energy, Inc.

1. Dinsmore was retained to represent Defendant Empire Diversified Energy, Inc. ("Empire") in this action.

2. Dinsmore seeks to withdraw from representation of Empire in this action.

3. On July 2, 2026, Empire was informed of Dinsmore's need to withdraw from representation of Empire in this matter.

4. On July 6, 2026, Empire consented in writing to Dinsmore's withdrawal.

5. No scheduling order has been entered, and Empire has been advised of the pending deadline to respond to Plaintiff's Complaint.

6. Withdrawal is sought in good faith and not for purposes of delay.

7. Withdrawal will not unduly prejudice any party in this action.

8. Based on the foregoing, good cause exists to permit Dinsmore to withdraw from representing Empire in this action.

2

WHEREFORE, Jacob N. Holden and Dinsmore & Shohl respectfully requests that this Court enter an order permitting Jacob N. Holden's and Dinsmore's withdrawal of its appearance as counsel for Empire Diversified Energy Inc.

Respectfully submitted,

*/s/ Jacob N. Holden*_____
Jacob N. Holden (W. Va. Bar No. 13552)
**DINSMORE & SHOHL, LLP**
2100 Market Street
Wheeling, WV 26003
304-230-1700
304-230-1610 (facsimile)
Jacob.holden@dinsmore.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| **UMB BANK, N.A., solely in its capacity as Trustee,** | |
| | **Civil Action No. 5:26-cv-00113** |
| **Plaintiff,** | |
| | **Judge Bailey** |
| **v.** | |
| **EMPIRE DIVERSIFIED ENERGY, INC.** | |
| **Defendant.** | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of July 2026, the foregoing document, **Motion to Withdraw as Counsel** was electronically filed with the Northern District of West Virginia, and a copy was served upon all counsel of record, via CM/ECF.

*/s/ Jacob N. Holden_____*
Jacob N. Holden (W. Va. Bar No. 13552)

3